IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROTECTION STRATEGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-125C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William P. Rayel, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0302
Fax: (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: February 28, 2007

/s/William P. Rayel

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ William P. Rayel