# In the United States Court of Federal Claims

No. 07-125 C
(Filed: March 1, 2007)

```
***********************************
PROTECTION STRATEGIES,            *
INCORPORATED,                     *
                                  *
               Plaintiff,         *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

## ORDER

Plaintiff filed a Post-Award Procurement Protest Complaint and Plaintiff's Motion for a Preliminary Injunction on February 26, 2007. On February 27, 2007, the court held a scheduling conference pursuant to Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"). Participating in the on-the-record telephonic status conference were Cyrus Phillips for plaintiff; William Rayel for defendant; and Richard Vergas for the contracting agency–the National Nuclear Security Administration. Also included in the telephone call was the president of the company that was awarded the contract–PAI Corporation–Dr. Doan Phung.

Defendant informed the court that it would not agree to a work stoppage order. Accordingly, because it is necessary for the court to rule on Plaintiff's Motion for a Preliminary Injunction as soon as practicable, the parties agreed as follows:

1. Plaintiff will submit a brief concerning its pending motion for a preliminary injunction, which shall include the relevant attachments, **no later than Wednesday, March 7, 2007**.

2. Defendant will submit a brief in opposition to plaintiff's motion for a preliminary injunction **no later than Wednesday, March 14, 2007**.[1] Plaintiff stated that a reply brief was unnecessary.

---

[1] While not discussed during the status conference, defendant shall append to its brief the relevant sections of the solicitation and the proposals of plaintiff and PAI Corporation.

3. The court will hold oral argument on **Friday, March 16, 2007, at 2:00 p.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

4. Defendant shall file the administrative record **no later than Friday, March 9, 2007**. Defendant may file the administrative record with the clerk's office on CD-ROM. In addition, by the same date, defendant shall provide to chambers a bound courtesy copy of the administrative record.

5. The parties represented that they had agreed upon a model protective order. The parties shall file the appropriate motion for the entry of a protective order, pursuant to RCFC App. C, **as soon as possible**.

In addition to the above agreed-to items, the court directs the following:

1. By **no later than Friday, March 9, 2007**, the parties shall contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 257-6644, with the following information:

a. The names of any witness testifying at the preliminary injunction hearing, and whether any such witness will be appearing in person or by video conference. If video conferencing is requested, the party shall contact Ms. Sanders for instructions;

b. The names of all counsel appearing in person at the preliminary injunction hearing; and

c. The names and telephone numbers of those individuals appearing by telephone at the preliminary injunction hearing, as the court will place all telephone calls.

2. If PAI Corporation intends to intervene in this matter, it shall file the appropriate motion, pursuant to RCFC 24(a)**, no later than Wednesday, March 7, 2007**, and, thereafter, it shall make its filings on the same date as defendant. If PAI Corporation moves to intervene after the March 7, 2007 deadline, it may file a motion for permissive intervention pursuant to RCFC 24(b). If PAI Corporation intervenes in this matter, the court **WILL NOT** modify the briefing schedule.

3. The clerk's office shall mail a courtesy copy of this order to PAI Corporation at 116 Milan Way, Oak Ridge, TN 37830-6913. Further, chambers will fax a courtesy copy of the order to PAI Corporation at (702) 395-6682.

Finally, for the convenience of the parties, the contact information for the parties and potential intervenor follows:

For plaintiff: Cyrus Phillips
phone: (202) 466-7008
fax: (202) 466-7009
e-mail: lawyer@procurement-lawyer.com

For defendant: William Rayel
phone: (202) 616-0302
fax: (202) 307-0972
e-mail: william.rayel@usdoj.gov

For PAI Corporation: Dr. Doan Phung
phone: (702) 395-3315
fax: (702) 395-6682
e-mail: doan.phung@paicorp.com

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge