# In the United States Court of Federal Claims

No. 07-125 C
(Filed: March 5, 2007)

| | |
|---|---|
| ************************************ | |
| PROTECTION STRATEGIES, | * |
| INCORPORATED, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

On March 2, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion for a Protective Order and Authorization to File Sealed Documents Electronically. Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge