# In the United States Court of Federal Claims

No. 07-125 C
(Filed: March 15, 2007)

************************************
PROTECTION STRATEGIES, *
INCORPORATED, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The court has received the briefs and exhibits of both parties with respect to Plaintiff's Motion for a Preliminary Injunction. The court has serious concerns about the veracity of certain statements made in the parties' respective affidavits. The court will not consider an affidavit in lieu of live testimony. Thus, the court strongly recommends that the parties produce the following witnesses for the hearing scheduled for Friday, March 16, 2007, at 2:00 p.m.:

- **Keith Hedman**.
- **Kevin Klingenberg**
- **Doan Phung**

The parties may contact Mr. Donald Palmer of the Court of Federal Claims Systems Office, at (202) 357-6448, to discuss the availability of video conferencing. However, the court makes no representations about whether video conferencing can be arranged at such a late date.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge