# United States Court of Federal Claims

| | |
|---|---|
| **PROTECTION STRATEGIES, INCORPORATED,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No. 07-125C**<br>**Judge Margaret M. Sweeney** |

MOTION FOR PERMISSIVE INTERVENTION

1. Pursuant to RCDC 24(b), PAI requests permission to intervene in the above-captioned matter on behalf of PAI, Corporation.

2. I, Steven N. Tomanelli, was retained by PAI Corporation to represent them in this matter on March 5, 2007. I am an attorney in good standing in the State Bars of Virginia, New York and Florida and was admitted to practice before the Court of Federal Claims on March 19, 2007.

3. Protection Strategies, Incorporated ("PSI") filed a protest on February 26, 2007 challenging a contract award made to my client, PAI Corporation on or about December 6, 2006 by the Department of Energy ("DOE"). Consequently, the interests of PAI Corporation would be directly affected if the protest were to be sustained by the Court.

4. The protest filed by PSI alleges, among other things, that PAI is not a responsible contractor, that PAI made material misrepresentations to DOE during the source selection that led to contract award and that PAI's post-award performance violates the terms of the contract.

5. Since its inception in 1983, PAI has built a solid reputation for quality performance and integrity and has won many performance awards over the years. The allegations made by PSI threaten to damage the reputation that PAI has earned.

6. PAI seeks to intervene in this matter for two reasons. First, to retain the contract award that it received after careful consideration by the DOE and, second, to protect its reputation for quality performance and integrity that it worked to develop over twenty-five years.

WHEREFORE, PAI respectfully requests that the Court grant this Motion to Intervene so that PAI may be independently represented in this matter.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

s/ Steven N. Tomanelli
Signature of Attorney of Record

March 26, 2007
Date Executed

Steven N. Tomanelli
Typed Name and Title

703-405-9327
Telephone Number

703-830-9126
Fax Number