# In the United States Court of Federal Claims

No. 07-125 C
(Filed: March 30, 2007)

| | |
|---|---|
| PROTECTION STRATEGIES, INCORPORATED, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On March 26, 2007, counsel for PAI Corporation submitted for filing, in hard copy, a Motion for Permissive Intervention and an Application for Access to Information Under Protective Order by Outside or Inside Counsel. The clerk's office flagged these filings as improper because the above-captioned case is an electronic case in which all filings, unless otherwise specified, are made using the court's electronic case filing system. The clerk's office forwarded plaintiff's submissions to chambers for further action on March 29, 2007. Subsequently, on March 30, 2007, counsel filed the Motion for Permissive Intervention electronically.

Because counsel filed its Motion for Permissive Intervention electronically, the court is returning to counsel, unfiled, his hard copy submission. Further, the court **GRANTS** counsel's Motion for Permissive Intervention for good cause shown.

The court also is returning, unfiled, counsel's Application for Access to Information Under Protective Order by Outside or Inside Counsel. Counsel is directed to file this document electronically.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge