# In the United States Court of Federal Claims
## Bid Protest

| | | |
|---|---|---|
| **PROTECTION STRATEGIES, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-125C** |
| | ) | **Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **PAI CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |

**PLAINTIFF'S MOTION TO DISMISS**

Pursuant to RCFC 41(a)(1), Protection Strategies, Incorporated, Plaintiff herein, hereby Moves to Dismiss this Civil Action with prejudice to its reinstatement.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135
March 30th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Protection Strategies, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Friday, March 30th, 2007 a true and complete copy of this Motion to Dismiss was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

William Porter Rayel, Esq.

Electronic Mail: William.Rayel@usdoj.gov

Attorney of record for Defendant,
National Nuclear Security Administration.

I also certify, under penalty of perjury, that on Friday, March 30th, 2007 a true and complete copy of this Motion to Dismiss was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Steven N. Tomanelli, Esq.

Electronic Mail: stomanel@cox.net

Attorney of record for Defendant-Intervenor,
PAI Corporation.