# In the United States Court of Federal Claims

No. 07-125 C
(Filed: April 2, 2007)

| | |
|---|---|
| PROTECTION STRATEGIES, INCORPORATED, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| PAI CORPORATION, | * |
| Defendant-Intervenor. | * |

**ORDER**

On March 30, 2007, plaintiff in the above-captioned case filed Plaintiff's Motion to Dismiss, requesting that the court "Dismiss this Civil Action with prejudice to its reinstatement" pursuant to RCFC 41(a)(1). Plaintiff's motion is **GRANTED**.

The clerk is directed to dismiss plaintiff's complaint "with prejudice to its reinstatement."

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge