# In the United States Court of Federal Claims

**No. 07-125 C**

**PROTECTION STRATEGIES, INCORPORATED,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**PAI CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the court's Order, filed April 2, 2007, granting plaintiff's Motion to Dismiss, pursuant to RCFC 41(a)(1),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice to its reinstatement.

Brian Bishop
Clerk of Court

**April 2, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.